**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00310-CR
No. 05-18-00530-CR
No. 05-18-00531-CR
No. 05-18-00532-CR
No. 05-18-00533-CR
No. 05-18-00534-CR

**BLAKE ANTHONY ERVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F17-71200-L, F17-40081-L,
F17-71199-L, F17-75838-L, F17-75876-L & F17-75942-L

## ORDER

On August 14, 2018, appellant's counsel, Dianne Jones McVay, filed a motion to withdraw and accompanying *Anders* brief. Appellant requested permission to file a pro se response to counsel's *Anders* brief, and the record was provided to him. By order entered September 12, 2018, the Court established October 30, 2018 as the due date for appellant's pro se response. On October 10, 2018, counsel filed a letter with the Court requesting that the Court grant her pending motion to withdraw because she is taking a corporate legal position starting October 22, 2018, and may not have outside cases.

Because appellant has not yet had the opportunity to file his pro se response, and the Court has not yet decided whether the appeals are frivolous with no arguable meritorious issues, it would be premature to grant counsel's motion to withdraw as part of the *Anders* process. *See In re Schulman*, 252 S.W.3d 403, 410 (Tex. Crim. App. 2008). Accordingly, we will treat counsel's August 14, 2018 motion to withdraw as a stand-alone motion to withdraw filed pursuant to rule of appellate procedure 6.5 and, so construed, we **GRANT** the motion. *See* TEX. R. APP. P. 6.5. We **DIRECT** the Clerk of the Court to remove Dianne Jones McVay as appointed counsel for appellant.

Because an *Anders* brief is filed in support of a motion to withdraw asserting the appeals are frivolous, and because there is no longer a motion to withdraw on *Anders* grounds pending before the Court, we **STRIKE** appellant's August 14, 2018 *Anders* brief. *See Schulman*, 252 S.W.3d at 406.

We **ORDER** the trial court to appoint new counsel to represent appellant on appeal. We **ORDER** the trial court to transmit supplemental clerk's records containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **VACATE** the Court's September 12, 2018 order to the extent it authorizes appellant to file a pro se response to the *Anders* brief. If appellant's new counsel files another *Anders* brief, the Court will provide appellant with an opportunity to file a pro se response to the new brief.

We **ABATE** the appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel.

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; to appellate counsel Dianne Jones-McVay; and to counsel for the State.

We further **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Blake Anthony Ervin, TDCJ No. 2183892, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas 75884.

/s/     LANA MYERS
         JUSTICE